## 52111. CHAPMAN v. CONNER et al.

WEBB, Judge.

1. An appeal with enumerations of error dependent upon a consideration of the evidence heard by the trial court will, absent a transcript, be affirmed. *Nicholson v. Nicholson,* 231 Ga. 760 (204 SE2d 292); *Darsey v. Darsey,* 232 Ga. 381 (207 SE2d 22); *Jackson v. Jackson,* 235 Ga. 656 (221 SE2d 427); *Pastis v. Haverty Furniture Cos.,* 134 Ga. App. 9 (213 SE2d 161) and cits.

2. An amendment to a judgment of the court, sitting without a jury, "adding thereto the following statements, findings of fact and conclusions of law," while authorized by CPA § 52 (b) (Code Ann. § 81A-152 (b)), is not an authorized means of bringing evidence to the appellate court on appeal. Code Ann. § 6-805; *Nicholson v. Nicholson,* supra.

*Judgment affirmed. Deen, P. J., and Quillian, J., concur.*

ARGUED APRIL 13, 1976 — DECIDED APRIL 29, 1976.

*Coleman, Allen & Hodges, Michael C. Eubanks,* for appellant.
*Leonard M. Tuggle,* for appellees.